Case 1:21-cv-10562-ADB   Document 3   Filed 04/02/21   Page 1 of 2

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

**KAVEH AFRASIABI**

*Plaintiff*

v.

**UNITED PRESS INTERNATIONAL, ET AL.**

*Defendant*

Civil Action No.:
1:21-CV-10562-ADB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED PRESS INTERNATIONAL, INC.
1133 19th STREET N.W.
WASHINGTON D.C. 20036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Attorney WILLIAM KEEFE
801 TREMONT STREET  C
BOSTON, MA 02118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Leonardo Topanotti Vieira

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2021-04-02 11:50:47, Clerk USDC DMA**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-CV-10562-ADB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United Press International, Inc.
was received by me on *(date)* 6/9/2021 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Anthony Serrette, Intake Specialist CT Corp., 1015 15th St., NW, #1000, Wash., DC 20005 , who is designated by law to accept service of process on behalf of *(name of organization)*
United Press International, Inc. on *(date)* 6/9/2021 11:11 AM ; or

☐ I returned the summons unexecuted because _____ ; or

Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 6/9/2021

*Server's signature*

Joseph D. Koniowsky, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

53929

Additional information regarding attempted service, etc:
Anthony Serrette Gender: Male   Race/Skin: Black   Age: 50 yrs. old   Weight: 180 lbs.   Height: 5'9"   Hair: Gray   Glasses: Yes   Other:

Documents Served: Summons in a Civil Action and Complaint and Jury Demand