# United States Court of Appeals
## For the First Circuit

No. 21-1790

KAVEH L. AFRASIABI,

Plaintiff - Appellant,

v.

UNITED PRESS INTERNATIONAL; STRUAN STEVENSON,

Defendants - Appellees.

Before

Lynch, Thompson and Gelpí,
Circuit Judges.

**JUDGMENT**

Entered: March 9, 2022

Appellant Kaveh Afrasiabi has filed a "Notice of Voluntary Withdrawal of Appeal Due to Out of Court Settlement," in which he states, "Appellant . . . informs the court that he has reached an out of court settlement of the instant action with the defendants and withdraws his appeal pending before the court." This follows the earlier filing of a "Stipulation of Voluntary Dismissal" signed by appellant and counsel for the appellee. Following the filing of the stipulation, appellant filed motions requesting that the stipulation be set aside and other relief. We construe appellant's most recent filing, the "Notice of Voluntary Withdrawal of Appeal . . . ," as superseding those motions and thus <u>deny</u> those motions as moot.

Upon consideration of the stipulation and notice, it is hereby ordered that this appeal be voluntarily <u>dismissed</u> pursuant to Fed. R. App. P. 42(b), with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Kaveh L. Afrasiabi, John Mark Dickison, Brendan P. Slean